**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RICHARD L. COX, TRUSTEE**                                                                                        **PLAINTIFF**

**v.**                                        **No. 4:12-cv-00331-KGB**

**MOMAR, INCORPORATED AND
JOHN DOE I, II, AND III**                                                                                        **DEFENDANTS**

**ORDER**

Pursuant to this Court's Order of October 31, 2012, referring this matter to the bankruptcy court for all pretrial proceedings (Dkt. 22), this matter is removed from the trial docket and all pending deadlines with this Court are cancelled. This matter will remain open on the Court's docket pending resolution of all pretrial proceedings and until further order of this Court.

SO ORDERED this 1st day of November, 2012.

_____
Kristine G. Baker
United States District Judge