# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICHARD L. COX, TRUSTEE**                                                 **PLAINTIFF**

**v.**                      **No. 4:12-cv-00331 KGB**

**MOMAR, INCORPORATED AND**
**JOHN DOE I, II, AND III**                                                  **DEFENDANTS**

## ORDER

This action was filed as an adversary proceeding in the Affiliated Foods Southwest, Inc. ("Affiliated Foods" or "Debtor") bankruptcy case, which is currently pending in the United States Bankruptcy Court for the Eastern District of Arkansas. This Court resolved the parties' cross motions for summary judgment (Dkt. Nos. 5, 7, 26). The judgment of this Court on the adversary proceeding was affirmed by the United States Court of Appeals for the Eighth Circuit (Dkt. Nos. 34, 35). This adversary proceeding, and this specific case, is closed, although the bankruptcy case remains pending.

SO ORDERED this 30th day of September, 2015.

_____
Kristine G. Baker
United States District Judge